JOHN KRAMER, as Administrator of the Estate of JANOS URGYAN, Deceased, Appellant, *v.* BUFFALO UNION FURNACE COMPANY, Respondent.

*Kramer* v. *Buffalo Union Furnace Co.*, 132 App. Div. 415, appeal dismissed.
(Submitted October 11, 1909 ; decided October 26, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 7, 1909, which reversed an order of Special Term denying a motion to set aside the service of the summons in the above entitled action upon the defendant and granted said motion.

*Charles Newton* for appellant.

*Alfred L. Becker* for respondent.

Appeal dismissed, with costs, on authority of *Van Arsdale* v. *King* (155 N. Y. 325); no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.